FILED **ORIGINAL**

2006 SEP 13 PM 2: 55

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

1  Peter H. Klee, State Bar No. 111707
   Nathan S. Arrington, State Bar No. 125698
2  Tracey L. Angelopoulos, State Bar No. 220095
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
3  600 West Broadway, Suite 2600
   San Diego, California 92101-3372
4  Telephone No.: 619.236.1414
   Fax No.: 619.232.8311
5
6  Attorneys for Defendants ALLSTATE INSURANCE COMPANY
7
8              UNITED STATES DISTRICT COURT
9             SOUTHERN DISTRICT OF CALIFORNIA
10

11 | VINCENT and GAYTONNE         | Case No. 06cv1020 LAB (rbb)
12 | LOUGHNEY,                    | Hon. Larry A. Burns
13 |     Plaintiffs,              | **STIPULATION AND ORDER RE**
14 | v.                           | **BRIEFING SCHEDULE FOR**
   |                              | **ALLSTATE'S MOTION FOR**
15 | ALLSTATE INSURANCE COMPANY,  | **JUDGMENT ON THE PLEADINGS**
   | and DOES 1 through 20, inclusive, | Date:  September 25, 2006
16 |                              | Time:  10:30 a.m.
17 |     Defendants.              | Crtrm.: 9

18    Previously, defense counsel had scheduling difficulties that affected this motion due
19 to an unrelated trial. Defense counsel's scheduling difficulties have now resolved
20 themselves. But, due to the prior discussions between counsel, plaintiffs' counsel needs
21 additional time to prepare opposition papers. Therefore, in order to resolve these issues
22 and proceed with the hearing on September 25, 2006 as noticed, the parties stipulate as
23 follows:
24    Plaintiffs' opposition papers shall be filed and personally served before 5:00 p.m.
25 on September 14, 2006. The papers that plaintiffs file on September 14, 2006 shall be
26 considered timely for all purposes. The parties further stipulate that if the Court is not
27 inclined to grant this proposed stipulation, then the hearing shall be moved to the next
28 available hearing date.

                              1                    Case No. 06cv1020 LAB (rbb)

1  Finally, Allstate's reply papers shall be filed and served by mail on September 18,
2  2006.

3

4  DATED: September 8, 2006   LAW OFFICES OF PATRICK E. CATALANO

5

6  By: _____
7  Jannik Catalano
   Attorneys for Plaintiffs
8  Vincent and Gaytonne Loughney

9

10
11  DATED: September __, 2006   LUCE, FORWARD, HAMILTON & SCRIPPS LLP

12
13  By: _____
14  Nathan S. Arrington
   Attorneys for Defendant
15  Allstate Insurance Company

16  ORDER

17  IT IS SO ORDERED: The parties' proposed schedule
18  is approved.
19  DATED: 9-12-06   _____
                     Larry A. Burns
20                   Hon. Larry A. Burns
                     United States District Court Judge
21
22  3743392.1
23
24
25
26
27
28