## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

LOUGHNEY v. ALLSTATE                                Case No. 06cv1020 LAB(RBB)

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                        Rptr.
                                                    Time Spent:  34 min.

### Attorneys

| Plaintiffs | Defendants |
|---|---|
| Patrick Catalano | Tracey Angelopoulos |
|  | Nathan Arrington |

PROCEEDINGS:   x  In Chambers      ___  In Court      ___  Telephonic

A settlement conference and order to show cause hearing were held.  No sanctions were issued.

A settlement conference is set for December 8, 2006, at 8:30 a.m.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185.  Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement and a claims adjuster, if appropriate.**

DATE: September 20, 2006    IT IS SO ORDERED:   /s/ Ruben Brooks
                                                Ruben B. Brooks,
                                                U.S. Magistrate Judge

cc:  Judge Burns                    INITIALS:  VL (mg/irc)  Deputy
     All Parties of Record